■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUSTACIO ROBERTS, Appellant. [58 NYS3d 861]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 18, 2016 (*People v Roberts*, 139 AD3d 985 [2016]), affirming a judgment of the Supreme Court, Kings County, rendered August 28, 2014.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Roman, Hinds-Radix and Brathwaite Nelson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANCHEZ, Appellant. [58 NYS3d 865]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Condon, J.), imposed June 23, 2016, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Calinda*, 142 AD3d 1183 [2016]). Eng, P.J., Mastro, Miller, LaSalle and Brathwaite Nelson, JJ., concur.